181 So.2d 898

### Charles C. WRIGHT

v.

### STATE of Alabama.

6 Div. 98.

Court of Appeals of Alabama.

Oct. 19, 1965.

Rehearing Denied Nov. 16, 1965.

Arthur Parker, Birmingham, for appellant.

Richmond M. Flowers, Atty. Gen., and W. Mark Anderson, III, Asst. Atty. Gen., for the State.

CATES, Judge.

Affirmed.

Certiorari denied by Supreme Court, 181 So.2d 898.

■

183 So.2d 479

### Horace YOUNG

v.

### STATE of Alabama.

· 1 Div. 91.

Court of Appeals of Alabama.

Nov. 2, 1965.

Rehearing Denied Dec. 21, 1965.

Horace Young, pro se.

Richmond M. Flowers, Atty. Gen., for the State.

CATES, Judge.

Affirmed.

Certiorari denied by Supreme Court 183 So.2d 479.